IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD WILLIAMS, No. R05138, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 14-cv-00105-MJR |
| DR. PHIL MARTIN, J. FENOGLIO, S. GODINEZ, CINDY ANDERSON, TERRI ANDERSON, STATE OF ILLINOIS, WEXFIRD HEALTH SERVICES, and NURSE HARDY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On January 30, 2014, Plaintiff Williams, an inmate in the custody of the Illinois Department of Corrections, housed at Lawrence Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order datedMarch 4, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 6).

Plaintiff was directed to file a complaint by April 3, 2014 (Doc. 6). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed.  It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

DATED:  May 14, 2014

> s/ *Michael J. Reagan*
> **MICHAEL J. REAGAN**
> **UNITED STATES DISTRICT JUDGE**